IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

CARRIE M. SHEKER,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　 )
　　　　　　　Plaintiff,　　　　　　 )　TC-MD 140390N
　　　　　　　　　　　　　　　　　　 )
　　　v.　　　　　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　 )
CLATSOP COUNTY ASSESSOR　　　　　　 )
and DEPARTMENT OF REVENUE,　　　　　 )
State of Oregon,　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　 )
　　　　　　　Defendants.　　　　　　 )　**FINAL DECISION OF DISMISSAL**

This Final Decision of Dismissal incorporates without change the court's Decision of

Dismissal entered December 18, 2014. The court did not receive a request for an award of costs

and disbursements within 14 days after its Decision of Dismissal was entered. See TCR-MD 16.

This matter is before the court on its own motion to dismiss this case for lack of

prosecution.

A case management conference was scheduled at 9:00 a.m. on December 1, 2014, to

consider Plaintiff's appeal. On November 6, 2014, the court sent notice of the scheduled case

management conference to Plaintiff at the email address Plaintiff provided to the court. The

notice was not returned as undeliverable. The notice advised that if Plaintiff did not appear, the

court might dismiss the appeal. Plaintiff failed to appeal for the December 1, 2014, case

management conference.

On December 1, 2014, the court sent Plaintiff a letter which explained the importance of

diligently pursuing an appeal. That letter was not returned as undeliverable. The letter advised

that if Plaintiff did not provide a written explanation by December 15, 2014, for her failure to

appear, the court would dismiss the appeal. As of this date, Plaintiff has not submitted a written

response to the court explaining her failure to appear at the December 1, 2014, case management conference. Under such circumstances, the court finds the appeal must be dismissed for lack of prosecution. Now, therefore,

IT IS THE DECISION OF THIS COURT that this matter is dismissed.

Dated this ____ day of January 2015.

_____
ALLISON R. BOOMER
MAGISTRATE

*If you want to appeal this Final Decision of Dismissal, file a Complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within <u>60</u> days after the date of the Final Decision of Dismissal or this Final Decision of Dismissal cannot be changed. TCR-MD 19 B.*

*This document was signed by Magistrate Allison R. Boomer on January 6, 2015. The court filed and entered this document on January 6, 2015.*